**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NELSON SALAS,**

    **Plaintiff,**

v.                                                                                          Case No.  **8:11-cv-606-T-30EAJ**

**FLEETWASH, INC. OF NEW JERSEY,**
**d/b/a FLEETWASH, INC.,**

    **Defendant.**
_____/

**O R D E R**

The Court has been advised via Defendant's Notice of Settlement (Dkt. #12) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on June 13, 2011.

*/s/ James S. Moody, Jr.*
**JAMES S. MOODY, JR.**
**UNITED STATES DISTRICT JUDGE**

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cv-606.dismiss 12.wpd